**Suzanne Hatcher PLILER,
Petitioner-Respondent,**

v.

**James Matthew PLILER,
Respondent-Appellant.**

**No. WD 32861.**

Missouri Court of Appeals,
Western District.

June 1, 1982.

John E. Chick, Jr., Kansas City, for respondent-appellant.

Thomas E. Hankins, Kansas City, for petitioner-respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

PER CURIAM.

Appeal from decree dividing property in a dissolution case. Judgment affirmed. Rule 84.16(b).